

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00637-CV

_____

IN RE RODOLFO G. ROSA, Relator

---

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 25-3585-442

---

Before Wallach, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary stay are denied.

Per Curiam

Delivered:  November 25, 2025